UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRANDON WARD,**

    **Petitioner,**

v.                                   Case No.  3:17cv407-MCR/MJF

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 10, 2019. ECF No. 31. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). *See* ECF No. 35.  I have made a *de novo* determination of those portions to which an objection was made.

    Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

*Page 2 of 2*

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 31, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Brandon Michael Ward*, Santa Rosa County Circuit Court Case No. 2006-CF-911, is **DENIED**.

3. The Clerk of Court is directed to close the file.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 10th day of September 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**